United States District Court

Eastern District of California

Otmar Wittine,

       Plaintiff,                    No. Civ. S 03-1676 LKK PAN P

  vs.                                 Order

F. T. Deschler, et al.,

       Defendants.

-oOo-

    January 19, 2005, the district judge declined to adopt findings and recommendations to dismiss this action for failure to state a claim.  February 22, 2005, plaintiff filed a paper styled, "Amendment to Complaint" in which he identifies the Doe defendants.

    To include the Doe defendants, plaintiff must submit an amended complaint that is "retyped and filed so that it is complete in itself without reference to the prior superseded pleading."  L. R. 15-220.

1    Accordingly, plaintiff has 15 days from the date this order
2 is served to file an amended complaint.
3    So ordered.
4    Dated:  June 7, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge