United States District Court

Eastern District of California

Otmar Wittine,

       Plaintiff,                    No. Civ. S 03-1676 LKK PAN P

  vs.                              Findings and Recommendations

F. T. Deschler, et al.,

       Defendants.

-oOo-

Plaintiff was a prisoner when he filed his complaint but now is at liberty. He proceeds in forma pauperis and without counsel. June 17, 2005, plaintiff filed a second-amended complaint containing the same claim raised in his other complaints.

I have reviewed plaintiff's complaint pursuant to 28 U.S.C. § 1915A and find that it fails to state a cognizable claim.

To state a claim under 42 U.S.C. § 1983, plaintiff must allege an identified defendant deprived plaintiff of a right

secured to him by the Constitution or laws of the United States while acting under color of state law. <u>West v. Atkins</u>, 487 U.S. 42, 48-49 (1988). Due process entitles a prisoner facing disciplinary measures and whose liberty interest is threatened to advance written notice of the charges, a hearing, written findings and reasons for the disciplinary action taken and, when it presents no security risk, permit the prisoner to call witnesses and present evidence in his defense. <u>Wolff v. McDonnell</u>, 418 U.S. 539, 563-566 (1974). California prisoners have a liberty interest in credits earned for good behavior. <u>See</u> <u>Wolff</u>, 418 U.S. at 558; 15 Cal. Admin. Code § 3043.

Plaintiff claims defendants denied him due process by forfeiting time credits as a disciplinary measure after a hearing held more than 30 days after the day the District Attorney notified the California Department of Corrections he did not intend to prosecute plaintiff based on the conduct for which plaintiff was disciplined. The 30-day time requirement is a creature of state law. <u>See</u> 15 Cal. Admin. Code § 3316.

I find plaintiff fails to state a claim upon which relief can be granted.

I recommend this action be dismissed. <u>See</u> <u>Lopez v. Smith</u>, 203 F.3d 1122, 1128 (9th Cir. 2000) (indigent prisoner proceeding without counsel must be given leave to file amended complaint unless the court can rule out any possibility that the plaintiff could state a claim).

Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these

findings and recommendations are submitted to the United States District Judge assigned to this case.  Written objections may be filed within 20 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  August 4, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

3