IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OTMAR WITTINE,

     Plaintiff,                    No. CIV S-03-1676 LKK PAN P

    vs.

F. T. DESCHLER, et al.,

     Defendants.          ORDER

_____/

        On June 19, 2006, defendants Ornoski, S. Ransdell and Rianda filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]  Plaintiff has not opposed the motion.

        Local Rule 78-230(m) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On April 19, 2006, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

/////

---

[1] On the same day, defendants Dawson, Deschler and C. Ransdell filed an answer to the complaint.

1

1  Local Rule 11-110 provides that failure to comply with the Local Rules "may be
2  grounds for imposition of any and all sanctions authorized by statute or Rule or within the
3  inherent power of the Court."  In the order filed April 19, 2006, plaintiff was advised that failure
4  to comply with the Local Rules may result in a recommendation that the action be dismissed.
5  Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
6  date of this order, plaintiff shall file an opposition, if any he has, to the motion to dismiss or a
7  statement of non-opposition.  Failure to comply with this order will result in a recommendation
8  that plaintiff's claims against defendants Ornoski, Ransdell and Riana be dismissed from this
9  action pursuant to Federal Rule of Civil Procedure 41(b).
10 DATED: July 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
witt1676 .46o