IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OTMAR WITTINE,

        Plaintiff,                     No. CIV S-03-1676 LKK EFB P

        vs.

F. T. DESCHLER, et al.,

        Defendants.              FINDINGS AND RECOMMENDATIONS

       Plaintiff, a state prisoner, litigates this civil rights action *pro se* and *in forma pauperis*.

       On June 19, 2006, defendants Ornoski, Ransdell, and Rianda moved to dismiss this action with respect to them upon the ground plaintiff fails to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6). On July 26, 2006, a different magistrate judge informed plaintiff that failure to file a written opposition or a statement of no opposition may be deemed a waiver of any opposition to the motion and gave plaintiff 30 days to file an opposition or statement of non-opposition, warning him that failure to do so could result in dismissal. *See* Fed. R. Civ. P. 41(b).

       The 30 days have passed and plaintiff has not filed an opposition or a statement of no opposition and has not otherwise responded to the July 26, 2006, order.

////

1 Accordingly, it is RECOMMENDED that claims against Ornoski, Ransdell and Rianda
2 be dismissed without prejudice.  Fed. R. Civ. P. 41(b).
3 These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated:   September 14, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\witt1676.f&r ft opp motion