IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OTMAR WITTINE,

        Plaintiff,                     No. CIV S-03-1676 LKK EFB P

     vs.

F. T. DESCHLER, et al.,

        Defendants.         ORDER

_____/

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On November 27, 2003, the court granted defendants' motion to modify the scheduling order, and informed the parties that discovery would close on March 20, 2007, and that dispositive motions must be filed no later than June 20, 2007. Those dates have passed, and neither party has filed dispositive motions. Indeed, there has been no activity in this case. It thus appears that the parties are prepared to enter into the pretrial phase of this litigation.

       Accordingly, it hereby is ORDERED that:

       1. Within 30 days of the date of this order, plaintiff shall file a pretrial statement that conforms to the requirements of Local Rule 16-281. In addition, plaintiff is advised to follow the directions contained in the July 28, 2006, scheduling order, especially as they pertain to ensuring the presence of witnesses at trial; and

1    2. Within 20 days after plaintiff files his pretrial statement, defendants shall file and
2 serve a pretrial statement that conforms to the requirements of Local Rule 18-281.  Thereafter,
3 the court will issue a pretrial order and set the matter for trial.
4 Dated: December 3, 2007.

```
                              /s/ Edmund F. Brennan
                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE
```